UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
———————————————————X

Clarke et al.,

    Plaintiffs,

-against-                                                                 23-cv-08940 (CM)

Government Employees Insurance Company et al.,

    Defendants.

———————————————————X

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 1/5/2024

## ORDER

McMahon, J.:

    For the reasons set forth in my oral order today, plaintiffs' motion to remand is denied; defendants' motion to transfer is granted.

    The Clerk is directed to terminate the case on the docket and transfer it to the Eastern District of New York.

Dated: January 5, 2024

                                                                 _____
                                                                               U.S.D.J.

BY ECF TO ALL COUNSEL